U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:    Bruce David Lapore

Chapter 13
Case No. 23-60849

Debtor(s)

## APPLICATION TO QUASH GARNISHMENT

COMES NOW the Applicant(s), by counsel, pursuant to Bankruptcy Code § 362(a), and states as follows:

1. Applicant(s) has filed a petition for relief under Chapter 13 of Title 11 of the United States Code.

2. Applicant Bruce Lapore is subject to a garnishment issued by the Albemarle General District Court, 501 E. Jefferson St., Charlottesville, VA 22902, and returnable after the filing of the above-named petition.

3. The garnishment issued by the Albemarle General District Court is in favor of Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043, and has a return date of 8/3/2023, and the Garnishee is Gaston & Wyatt LLC, 1317 Carlton Ave. Suite 110, Charlottesville, VA 22902.

WHEREFORE, Applicant(s) prays that said garnishment be quashed and that he have such other and further relief as the nature of this case may require.

Respectfully submitted,

BRUCE DAVID LAPORE

By counsel

/s/ Marshall M. Slayton

Marshall M. Slayton
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
(434) 979-7900
Counsel for Applicant(s)

## CERTIFICATE OF SERVICE

I, attorney for the Debtor(s), hereby certify that a copy of the foregoing Application to Quash Garnishment has been served upon Lendmark Financial Services, Gaston & Wyatt LLC, Albemarle General District Court, and the Debtor(s), by first-class mail on _____ .

/s/ Marshall M. Slayton
Marshall M. Slayton



www.SlaytonLawPLC.com
clients@marshallslayton.com

August 2, 2023

Court Clerk, Albemarle General District Court
ATTN Garnishments
501 E. Jefferson St.
Charlottesville, VA 22902

Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawenceville, GA 30043

Lendmark Financial Services
c/o Nathaniel Scaggs
2425 Boulevard, Suite 9
Colonial Heights, VA 23834

GARNISHEE

Gaston & Wyatt LLC
1317 Carlton Ave.
Suite 110
Charlottesville, VA 22902

   Re: Our Bankruptcy Client(s):
     Bruce David Lapore
     Chapter 13 Case Number 23-60849
     *Lendmark Financial Services LLC v. Bruce Lapore,* GV21000701-01
     Return Date 8/3/2023

Ladies and Gentlemen:

  We represent Bruce David Lapore in a Chapter 13 bankruptcy filed on August 2, 2023 in the Western District of Virginia under Case No. 23-60849. Bruce David Lapore's wages are being garnished by Lendmark Financial Services LLC.

Culpeper Office:   Charlottesville Office:   Waynesboro Office:
133 W. Davis Street   913 E. Jefferson Street   404 S. Wayne Ave.
Culpeper, VA 22701   Charlottesville, VA 22902   Waynesboro, VA 22980
(540) 827-4023   (434) 979-7900   (540) 827-4023

   Enclosed is an Application to Quash Garnishment.  You will be receiving the Order stopping the garnishment shortly.  Pursuant to bankruptcy law, you are hereby advised that:

1. This garnishment must be dismissed by Lendmark Financial Services LLC immediately, with written confirmation to my office.

2. All garnished funds being held by Albemarle General District Court should be returned to my office.

3. All garnished funds being held by Gaston & Wyatt LLC should be returned to my office, and all deductions from my client's wages should cease immediately.

4. All garnished funds that have been disbursed to Lendmark Financial Services should be returned to my office.

   If we do not receive these funds within 30 days of the date of this letter, we will ask the Bankruptcy Court and/or the Bankruptcy Trustee to take action, and you may be liable for fees and costs.

              Sincerely,

              Marshall M. Slayton

MMS/cm
Enclosure
cc:  Bruce David Lapore
   US Bankruptcy Ct Clerk (via ECF)